IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JEFFREY SCREWS, et al., | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 4:05-CV-141 (CDL) |
| W. W. ADAMSON, Warden, DEPUTY WARDEN CONVINGTON, MS. AMMONS and MS. McLAIN, et al., | * * | 42 U.S.C. § 1983 |
| Defendants. | * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 8, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiffs have also been thoroughly considered and are found to be without merit.

The dismissal of Plaintiffs' complaint does not deny them access to the courts because they have the opportunity to assert the previously alleged claims by filing another complaint against the proper defendants accompanied by the appropriate prison account information.

IT IS SO ORDERED, this 31st day of January, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE